ADOLPH J. MAINZER, INC., Respondent, *v.* COLEMAN GRUBERTH, Doing Business under the Name of AMERICAN FRUIT COATING COMPANY, Appellant.

(Argued April 19, 1933; decided May 23, 1933.)

*Hyman H. Hammer* and *Israel Uhrman* for appellant.
*Max D. Ordman* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.